ACCEPTED
03-15-00054-CR
4536058
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 4:30:03 PM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 4:30:03 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **VINCENT ALONZO CORSON,** | § | **CAUSE NO. 03-15-00054-CR** |
| **Appellant** | § | **TRIAL COURT NO. 71,403** |
| | § | |
| **V.** | § | |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

**NOW COMES** VINCENT ALONZO CORSON, Appellant in the above styled and numbered cause, by and through Counsel, and moves this Court to grant an extension of time to file appellant's brief, pursuant to **Rule 38.6(d)** of the **Texas Rules of Appellate Procedure**, and for good cause shows the following:

1.     This case is on appeal from the 426th District Court in Bell County, Texas.

2.     The case below is styled ***The State of Texas v. Vincent Alonzo Corson***, and is numbered 71,403.

3.     Appellant was convicted of child abandonment/endangerment of a child with intent to return.

1

4.     Appellant was assessed a sentence of two years' imprisonment in a State Jail facility, Institutional Division-Texas Department of Criminal Justice on December 17, 2014.

5.     Notice of appeal was given on December 30, 2014.

6.     The Clerk's and Reporter's records were filed on February 20, 2015 and January 27, 2015, respectively.

7.    The Appellant's brief was due on March 19, 2015.

8.  Appellant requests an extension of time to file Appellant's brief of thirty (30) days or until April 19, 2015.

9.  No previous requests for extension to file the brief have been filed in this cause.

10.  Defendant is currently incarcerated.

Appellant relies on the following facts as good cause for the requested extension:  The undersigned has had numerous appellate deadlines in the Courts of Appeal for the Eleventh and Third Districts and the Court of Criminal Appeals in the past forty five days, all of which preceded the filing deadline herein including:  filing an Appellant's Petition for Discretionary Review in *State v. Thornburgh*, No. 11-12-00328-CR filed March 2, 2015;

2

and filing appellant's briefs in **State v. George,** No. 03-14-00673-CR filed March 11, 2015; and **State v. Vidaurri,** No. 11-14-00291-CR filed January 20, 1015.

The undersigned, therefore, would request an additional thirty (30) days to review the record and to perform the necessary legal research for preparation of the brief herein.

**WHEREFORE,** Appellant prays that this Court grant this motion to extend time to file appellant's brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX 78613
Tel: 512-897-8126
Fax: 512-215-8114
Email: ecopeland63@yahoo.com

By: /s/Erika Copeland
Erika Copeland
State Bar No. 16075250
Attorney for Appellant

### CERTIFICATE OF SERVICE, of
### COMPLIANCE WITH RULE 9 and of CONFERENCE

This is to certify that on March 17, 2015, a true and correct copy of the above and foregoing document was served on Henry L. Garza, District Attorney, Attn: Bob Odom—Appellate Section, P.O. Box 540, Belton, Texas 76513-0909, that the Motion to Extend Time to File Appellant's Brief is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and

3

that portion which must be included under Rule 9.4(i)(1) contains 525 words, and that Movant has conferenced with all interested parties this date concerning the motion and none oppose the motion.

/s/ Erika Copeland
Erika Copeland